470 A.2d 1025

Commonwealth v. Carter a/k/a Hall, Appellant.

Submitted October 7, 1983. Fred A. Faber, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.

470 A.2d 1025

Commonwealth v. Clark, Appellant.

Argued October 26, 1983. Raymond Harry Bogaty, Assistant Public Defender, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.